UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN THE MATTER OF THE SEARCH OF:
8630 CRENSHAW DRIVE
GROVETOWN, GEORGIA

Case No.: 1:19 mj 067

**Filed Under Seal**

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the search warrant and its related papers, the motion of the Government, and this Order by SEALED until further order of the Court.

This 6th day of December 2019.

Honorable Brian K. Epps
United States Magistrate Judge
Southern District of Georgia