AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-mj-067 | Date and time warrant executed:<br>12/9/19   5:20 PM | Copy of warrant and inventory left with:<br>CATHERINE  MUSGROVE |
| Inventory made in the presence of :<br>CATHERINE MUSGROVE / M'CARTHY BUTS | | |
| Inventory of the property taken and name of any person(s) seized: | | |

ONE  CAMERA, BLACK IN COLOR W/ DETACHED BATTERY  IN CASE

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 DEC 12  AM 9:05
CLERK _____
SO. DIST. OF GA.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  12-12-19 TG
         12/10/19

_____
Executing officer's signature

JUSTIN GARRICK, SPECIAL AGENT
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 DEC -9 PM 4:58

CLERK _~Burton~_
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT

for the

Southern District of Georgia

| | | | |
|---|---|---|---|
| In the Matter of the Search of | ) | | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. | 1:19-mj-067 |
| IN THE MATTER OF THE SEARCH OF: 8630 CRENSHAW DRIVE GROVETOWN, GEORGIA | ) ) ) | | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the        Southern        District of        Georgia
*(identify the person or describe the property to be searched and give its location)*:

All items as more fully set forth in Attachement A, " Property to be Searched," incorporated by reference as if fully forth herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Contraband, evidence of the crime, fruits of the crime, instruments of the crime, concerning violations of Title 18, United States Code, Sections 2251, 2252 and 2252A as more fully set in Attachment B "Items to be Seized," incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before        _12/23/2019_        *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.        ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to        Brian K. Epps        .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of        _____        .

Date and time issued:        _12/9/2019  4:52p.m._                _[signature]_
                                                                                       *Judge's signature*

City and state:        Augusta, Georgia                Brian K. Epps, United States Magistrate Judge
                                                                                       *Printed name and title*

## <u>ATTACHMENT A</u>

*Property to be searched*

The property to be searched is

8630 CRENSHAW DRIVE
GROVETOWN, GA

a single family home, blue, green and beige in color, siding and stone home, and a two car garage door beige in color. The premise to be searched includes, any appurtenances to the real property, that is, the SUBJECT PREMISES and any storage units/outbuildings. Due to the ability and ease for individuals to upload and save child pornography onto media storage devices such as CDs, DVDs, and thumb drives, which can be easily concealed and stored inside of a vehicle, the premises to be searched includes vehicles owned by any resident/occupant of the SUBJECT PREMISES. Photographs of the SUBJECT PREMISES' are below:



## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

    1.    A wireless operated camera with a black battery. Photo of the subject's camera is below.

